**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MOULDTEC, INC., ) ) Plaintiff, ) ) v. ) ) PAGTER & PARTNERS INTERNATIONAL ) B.V. and PAGTER INNOVATIONS, INC., ) ) Defendants. ) _____) PAGTER & PARTNERS INTERNATIONAL ) B.V., ) ) Defendant/Counter-Plaintiff, ) ) v. ) ) MOULDTEC, INC., ) ) Plaintiff/Counter-Defendant. ) | Civil Action No. 12-cv-4249 Judge Virginia M. Kendall |

**PROPOSED REVISED AGREED SCHEDULE FOR
REMAINING EVENTS UNDER THE LOCAL PATENT RULES**

| Event | Due Date |
|---|---|
| Re-opening of Fact Discovery | **August 7, 2014** |
| Discovery re Opinions of Counsel | **August 14, 2014** (35 days before close of fact discovery period – before 9/18/2014) |
| Close of Fact Discovery After Claim Construction Ruling | **September 18, 2014** (42 days after Court enters cc ruling – from 8/7/2014) |
| Status Hearing | **September 22, 2014** (9:00 a.m.) |
| Identity of Experts with Burden of Proof | **September 25, 2014** (7 days after close of fact discovery – from 9/18/2014) |
| Expert Reports of Parties with Burden of Proof | **October 9, 2014** (21 days after close of fact |

| **Event** | **Due Date** |
|---|---|
| | discovery – from 9/18/14) |
| Identity of Rebuttal Experts | **October 16, 2014** (7 days after initial expert reports – from 10/9/2014) |
| Rebuttal Expert Reports | **November 13, 2014** (35 days after initial expert reports – from 10/9/2014) |
| Completion of Expert Witness Depositions/Expert Discovery | **December 18, 2014** (35 days after exchange of expert rebuttal reports – from 11/13/2014) |
| Dispositive Motions Filed | **January 15, 2015** (28 days after close of expert discovery – from 12/18/2014) |
| Responses to Dispositive Motions | **February 12, 2015** (28 days after dispositive motions are filed – from 1/15/2015) |
| Replies in Support of Dispositive Motions | **February 26, 2015** (14 days after responses to dispositive motions – from 2/12/2015) |

Dated: July 30, 2014                    Respectfully submitted,


/s/ Patrick J. Arnold, Jr.
Michael E. Pildes
WOLIN & ROSEN, LTD.
55 W. Monroe St., Suite 3600
Chicago, IL 60603
(312) 424-0600
mpildes@wolinlaw.com

        Patrick J. Arnold Jr.
        David Z. Petty
        McAndrews, Held & Malloy, Ltd.
        500 West Madison Street, 34th Floor
        Chicago, IL 60661
        Phone: (312) 775-8000
        parnold@mcandrews-ip.com
        dpetty@mcandrews-ip.com

        **ATTORNEYS FOR DEFENDANTS**
        **PAGTER & PARTNERS INTERNATIONAL**
        **B.V. and PAGTER INNOVATIONS, INC.**


        /s/ Jon O. Nelson
        Jon O. Nelson
        Matthew P. Becker
        Banner & Witcoff, ltd.
        10 South Wacker Drive, Suite 300
        Chicago, Illinois 60606
        Phone: (312) 463-5000
        jnelson@bannerwitcoff.com
        mbecker@bannerwitcoff.com

        **ATTORNEY FOR PLAINTIFF**
        **MOULDTEC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **PROPOSED REVISED AGREED SCHEDULE FOR REMAINING EVENTS UNDER THE LOCAL PATENT RULES** was electronically filed through the Court's CM/ECF system this July 31, 2014, which will send a notice via electronic mail to all counsel of record.

/s/ Jon O. Nelson
Jon O. Nelson
