# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Mouldtec, Inc.

                      Plaintiff,

v.                                            Case No.: 1:12−cv−04249

                                               Honorable Virginia M. Kendall

Pagter & Partners International B.V., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 18, 2014:

       MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held on 9/18/2014, Motion to compel [117] is denied. The Court enters the PROPOSED REVISED AGREED SCHEDULE FOR REMAINING EVENTS UNDER THE LOCAL PATENT RULES: Re−opening of Fact Discovery August 7, 2014.Discovery re Opinions of Counsel August 14, 2014 (35 days before close of factdiscovery period before 9/18/2014): Close of Fact Discovery After Claim Construction Ruling September 18, 2014(42 days after Court enters cc ruling from 8/7/2014); Status Hearing September 22, 2014 (9:00 a.m.); Identity of Experts with Burden of Proof September 25, 2014 (7 days after close of factdiscovery from 9/18/2014); Expert Reports of Parties with Burden of Proof October 9, 2014 (21 days after close of fact discovery from 9/18/14); Identity of Rebuttal Experts October 16, 2014 (7 days after initial expertreports from 10/9/2014); Rebuttal Expert Reports November 13, 2014 (35 days after initial expert reports from 10/9/2014); Completion of Expert Witness Depositions/Expert Discovery December 18, 2014 (35 days after exchange ofexpert rebuttal reports from 11/13/2014); Dispositive Motions Filed January 15, 2015 (28 days after close of expert discovery from 12/18/2014); Responses to Dispositive Motions February 12, 2015 (28 days after dispositive motions are filed from 1/15/2015); Replies in Support of Dispositive Motions February 26, 2015 (14 days after responses to dispositive motions from2/12/2015). Status hearing is stricken for 9/22/2014. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.