**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOULDTEC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 12-cv-4249 |
| v. ) | |
| ) | Judge Virginia M. Kendall |
| PAGTER & PARTNERS INTERNATIONAL ) | |
| B.V. and PAGTER INNOVATIONS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Defendants, Pagter & Partners International B.V. and Pagter Innovations, Inc., hereby appeal to the United States Court of Appeals for the Federal Circuit from the *Final Judgment In A Civil Action* entered by this Court on September 29, 2015, and from any and all other orders, rulings, findings, or conclusions of the Court adverse to Defendants, including but not limited to the September 29, 2015, Memorandum Opinion and Order (Docket No. 139), which granted Plaintiff Mouldtec, Inc.'s motion for summary judgment of non-infringement, the June 4, 2014 Claim Construction Order (Docket No. 107), and all other orders of the district court proceeding that relate to the above order granting summary judgment of non-infringement.

Provided with this Notice of Appeal is payment for $505.00 representing the $500 fee for docketing a case on appeal as required by 28 U.S.C. § 1913 and the $5 fee for filing a notice of appeal as required by 28 U.S. C § 1917.

1

Dated: October 26, 2015     Respectfully submitted,

/s/ *Patrick J. Arnold Jr.*
Patrick J. Arnold Jr.
David Z. Petty
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, IL 60661
Phone: (312) 775-8000
parnold@mcandrews-ip.com
dpetty@mcandrews-ip.com

**ATTORNEYS FOR DEFENDANTS
PAGTER & PARTNERS INTERNATIONAL
B.V. and PAGTER INNOVATIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2015, I electronically filed the foregoing with the Clerk of the Court via CM/ECF, which will send notification of such filing to the following counsel of record:

Matthew P. Becker
mbecker@bannerwitcoff.com

Jon O. Nelson
jnelson@bannerwitcoff.com

BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: (312) 463-5000
Fax: (312) 463-5001

Attorneys for Plaintiff
Mouldtec, Inc.

/s/ *Patrick J. Arnold Jr.*
Patrick J. Arnold Jr.