# EXHIBIT A



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/24/2014
**INVOICE #** 120814-430771

**Bill To:** Matthew P. Becker Esq.
Banner & Witcoff, LTD.
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606

**CASE:** Mouldtec, Inc v. Pagter & Partners International B.V. and Pagter Innovations, Inc.
**WITNESS:** David Owen Kazmer, P.E., Ph.D.
**DATE:** 12/8/2014
**LOCATION:** Chicago, IL

1241658

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 143 | $4.25 | $607.75 |
| Original Transcript - 5 Day Delivery | 143 | $2.50 | $357.50 |
| Interactive Real-time (2) | 286 | $1.50 | $429.00 |
| Rough ASCII | 143 | $1.50 | $214.50 |
| Reporter Appearance Fee / Hour | 7 | $35.00 | $245.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 58 | $0.25 | $14.50 |
| Exhibits - Scanned & Hyperlinked - Color | 211 | $1.50 | $316.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 143 | -$0.25 | -$35.75 |
| | | SUBTOTAL | $2,149.00 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $2,199.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**


BW Approved -mmccarthy 1/15/2015 4:40:52 PM

# INVOICE

U.S. Legal Support - Chicago
200 West Jackson
Suite 600
Chicago, IL 60606
Phone: 312-236-8352  Fax: 312-236-3344

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 462982 | 12/31/2014 | 393855 |
| **Job Date** | **Case No.** | |
| 12/18/2014 | | |
| **Case Name** | | |
| Mouldtec, Inc. vs. Pagter & Partners International B.V., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Matthew Becker
Banner & Witcoff
10 South Wacker Drive
Suite 3000
Chicago, IL 60606

1 CERTIFIED COPY OF TRANSCRIPT OF:
    John Von Holdt      99.00 Pages @ 2.95   292.05
        Exhibit      452.00 Pages @ 0.55   248.60
        Color Exhibits      62.00 Pages @ 1.25   77.50
        Electronic Transcript Files      35.00   35.00

**TOTAL DUE >>>   $653.15**
AFTER 2/14/2015 PAY   $718.47

Online bill pay available at www.uslegalsupport.com.

Copy transcript ordered email only and sent with PDF exhibits to mbecker@bannerwitcoff.com on December 31, 2014.

Thank you for choosing U. S. Legal Support!

1241657

Invoices not paid by due date will be subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238          Phone:    Fax:

*Please detach bottom portion and return with payment.*

Job No. : 393855     BU ID : 50-Chicago
Case No. :
Case Name : Mouldtec, Inc. vs. Pagter & Partners International B.V., et al.
Invoice No. : 462982     Invoice Date : 12/31/2014
Total Due : $ 653.15
AFTER 2/14/2015 PAY $718.47

## Please NOTE!

Effectively immediately our Remittance Address has changed.

Remit To: **U.S. Legal Support (Chicago, Ill Reporting)**
         **P.O. Box 4772-11**
         **Houston, TX   77210-4772**

| PAYMENT WITH CREDIT CARD |   |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:      Phone#: | |
| Billing Address: | |
| Zip:      Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |

BW Approved -esullivan 1/21/2015 10:29:41 AM




Chicago  
2700 Centennial Tower  
101 Marietta Street  
Atlanta, GA 30303  

**Tax Number:** 45-3463120  
Toll Free (800) 211-DEPO  
Fax (856) 437-5009  

EDWARD BISHOP ,ESQ.  
BISHOP & DIEHL, LTD.  
SUITE 390, 1750 EAST GOLF ROAD  
SCHAUMBURG, IL 60173  

**Remit to:**  
Esquire Deposition Solutions, LLC  
P. O. Box 846099  
Dallas, TX 75284-6099  
www.esquiresolutions.com  

## Invoice # EQ516915

| Invoice Date | 10/16/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/15/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/27/2013 | MOULDTEC vs. PAGTER | 474038 | 10/11/2013 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 09/27/2013, RUDD VAN DEN HEIJKANT (CHICAGO, IL) | |
| ORIGINAL TRANSCRIPT PACKAGE | $ 608.40 |
| EXHIBITS | $ 17.25 |
| APPEARANCE FEE MINIMUM | $ 110.00 |
| APPEARANCE FEE ADDITIONAL HOURS | $ 110.00 |
| APPEARANCE FEE AFTER HOUR ADDITIONAL HOUR | $ 39.50 |
| | $ 885.15 |
| DELIVERY - ORIGINAL EXHIBITS | $ 9.22 |
| | $ 9.22 |

*MATTER NUMBER: 002035L0002*  
*EMAILED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 894.37 |
| **Amount Due On/Before 11/30/2013** | **$ 0.00** |
| Amount Due After 11/30/2013 | $ 0.00 |

---

**Tax Number:** 45-3463120

Please detach and return this bottom portion with your payment  
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | EQ516915 |
| Payment Due: | 11/15/2013 |
| **Amount Due On/Before 11/30/2013** | **$ 0.00** |
| Amount Due After 11/30/2013 | $ 0.00 |

EDWARD BISHOP ,ESQ.  
BISHOP & DIEHL, LTD.  
SUITE 390, 1750 EAST GOLF ROAD  
SCHAUMBURG, IL 60173  

**Remit to:**  
Esquire Deposition Solutions, LLC  
P. O. Box 846099  
Dallas, TX 75284-6099  
www.esquiresolutions.com  

**Thank you for your business!**

071 0000516915 10162013 0 000000000 0 11152013 11302013 5 000000000 07




Chicago  
2700 Centennial Tower  
101 Marietta Street  
Atlanta, GA 30303  

**Remit to:**

Esquire Deposition Solutions, LLC  
P. O. Box  846099  
Dallas, TX 75284-6099  
www.esquiresolutions.com  

**Tax Number:** 45-3463120  
Toll Free (800) 211-DEPO  
Fax (856) 437-5009  

## Invoice # EQ516456

| Invoice Date | 10/11/2013 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/10/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

EDWARD BISHOP ,ESQ.  
BISHOP & DIEHL, LTD.  
SUITE 390, 1750 EAST GOLF ROAD  
SCHAUMBURG, IL 60173  

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/26/2013 | MOULDTEC vs. PAGTER | 473779 | 10/10/2013 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 09/26/2013, RUDD VAN DEN HEIJKANT (CHICAGO, IL) | |
|    ORIGINAL TRANSCRIPT PACKAGE | $ 262.80 |
|    APPEARANCE FEE HOURLY | $ 55.00 |
|    APPEARANCE FEE AFTER HOUR ADDITIONAL HOUR | $ 79.00 |
| | $ 396.80 |
| Services Provided on 09/26/2013, LOES VAN DER TOOLEN (CHICAGO, IL) | |
|    ORIGINAL TRANSCRIPT PACKAGE | $ 774.00 |
|    APPEARANCE FEE MINIMUM | $ 110.00 |
|    APPEARANCE FEE ADDITIONAL HOURS | $ 247.50 |
| | $ 1,131.50 |
|    DELIVERY - ORIGINAL EXHIBITS | $ 9.22 |
| | $ 9.22 |

*MATTER NUMBER: 002035L0002*  
*EMAILED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 1,537.52 |
| **Amount Due On/Before 11/25/2013** | **$ 0.00** |
| Amount Due After 11/25/2013 | $ 0.00 |

---

**Tax Number:** 45-3463120

Please detach and return this bottom portion with your payment  
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | EQ516456 |
| Payment Due: | 11/10/2013 |
| **Amount Due On/Before 11/25/2013** | **$ 0.00** |
| Amount Due After 11/25/2013 | $ 0.00 |

EDWARD BISHOP ,ESQ.  
BISHOP & DIEHL, LTD.  
SUITE 390, 1750 EAST GOLF ROAD  
SCHAUMBURG, IL 60173  

**Remit to:**

Esquire Deposition Solutions, LLC  
P. O. Box  846099  
Dallas, TX 75284-6099  
www.esquiresolutions.com  

**Thank you for your business!**

071 0000516456 10112013 8 000000000 0 11102013 11252013 8 000000000 01